1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   LOURDES GALLARDO,                    Case No.  CV 12-4994 RSWL (JCx)

12              Plaintiff,                **ORDER RE STIPULATION FOR
                                          DISMISSAL OF ENTIRE ACTION
13   v.                                   WITH PREJUDICE**

14   HARTFORD LIFE AND
     ACCIDENT INSURANCE
15   COMPANY AND HEI HOTEL
     AND RESORTS WELFARE
16   BENEFIT PLAN,

17              Defendants.

18

19         IT IS HEREBY ORDERED that the above-referenced action shall be

20   dismissed in its entirety with prejudice as to all parties. The parties are to bear their

21   own respective attorneys' fees and costs.

22
                                         RONALD S.W. LEW
23   DATED: 12/20/2012          _____

24                                   HON. RONALD S.W. LEW
                                     Senior, U.S. District Court Judge
25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-5795-5602 v1          - 1 -

CASE NO. 12-4994 RSWL (JCX)
ORDER RE STIP. FOR DISMISSAL OF ENTIRE
ACTION W/PREJUDICE